UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:24-cv-01613-JCC<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Because Plaintiff does not appear to have funds available to afford the filing fee, Plaintiff financially qualifies for *in forma pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is **GRANTED**. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B). *See*, *e.g.*, *Zayas v. McCoy, et al.*, C24-694-JNW; *Zayas v. McCoy, et al.*, C24-0621-LK; *Zayas v. Green*, C24-0624-JNW; *Zayas v. City of Issaquah*, C24-0625-JNW; *Zayas v. DeCamp*, C24-0640-RSM; *Zayas v. McCoy, et al.*, C24-1407-RAJ. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

DATED this 8th day of October, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1